THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN J. CACOPARDO, Appellant.

Argued May 25, 1953; decided July 14, 1953.

*William B. Moore* for appellant.

*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.